# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NAKITA HAGANS**

       Plaintiff,

  vs.                                               **CASE NUMBER: 6:24-cv-991**

**LELAND DUDEK, Acting Commissioner of Social Security**

       Defendant

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and that this action be REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g), including an opportunity for a hearing and a new decision.

All of the above pursuant to the order of the Honorable Thérèse Wiley Dancks, dated March 14, 2025.

DATED: March 14, 2025

John Domurad
Clerk of Court

s/ _____
L. Welch
Deputy Clerk